### WINSLOW v. STATEN ISLAND R. T. R. CO.

(*Supreme Court, Special Term, New York County.* October 15, 1888.)

CORPORATIONS—ACTIONS—SERVICE OF SUMMONS.
    Under Code Civil Proc. N. Y. § 431, providing that personal service of a summons on a domestic corporation shall be by delivering a copy to the president or other head of the corporation, its secretary or clerk, cashier or treasurer, or a director or managing agent, service on an assistant treasurer, holding none of the enumerated positions, is irregular and void.

At chambers. On motion to vacate service of summons.

*Qui tam* action for a penalty, brought by Francis A. Winslow against the Staten Island Rapid Transit Railroad Company. The summons was served on Edward Curry, assistant treasurer of the corporation.

*John A. Amundson,* for plaintiff. *MacFarland, Boardman & Platt,* for defendant.

O'BRIEN, J. The Code provides that personal service of a summons upon a defendant, a domestic corporation, must be made by delivering a copy thereof to the persons specially enumerated in section 431. The affidavit in this case shows that the person upon whom service was made was the assistant treasurer, upon whom it is not provided the summons can be served. For the reason that he was not the "president or other head of the corporation, the secretary or clerk to the corporation, the cashier or treasurer, or a director or managing agent," the motion to set aside the service of the summons herein as irregular and void must be granted.